USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 89-CR-1028 |
| v. | ORDER |
| JUAN MARIN, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

A sentence is scheduled for December 20, 2021 at 11:00 a.m. Pursuant to the Court's Individual Rules and Practices in Criminal Cases, available on the Court website, defense submissions are due two weeks prior to sentencing, and the Government's submissions are due one week prior to sentencing

SO ORDERED.

Dated: October 4, 2021
       New York, New York

Ronnie Abrams
United States District Judge